## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

THERESA GUY

VERSUS

U S COMMISSIONER OF SOCIAL
SECURITY

CASE NO.  6:25-CV-00812

JUDGE ROBERT R.
SUMMERHAYS
MAGISTRATE JUDGE CAROL B.
WHITEHURST

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, having determined that the findings and recommendations are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Chambers on this 2nd day of May, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE